IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: AGUSTIN ALTAMIRANO FLORES

Bkrtcy. No. 11-01152-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Feb 16, 2011 | Meeting Date: Mar 23, 2011 | DC Track No. B |
| Days from petition date: 35 | Meeting Time: 9:00 AM | |
| 910 Days before Petition: 8/20/2008 | ☐ Chapter 13 Plan Date: Feb 16, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $3,600.00 | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Apr 29, 2011 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.     Date     Amount | Total Paid In: $100.00 |

**I. Appearances:**     ☐ Telephone  ☐ Video Conference     ☐ Creditor(s) present:  ☒ None.

☒ Debtor Present     ☒ ID & Soc. OK     ☐ Debtor Absent
☒ Joint Debtor Present     ☐ ID & Soc. OK     ☐ Joint Debtor Absent
Debtor(s) was/were     ☒ Examined     ☐ Not Examined under oath.
Attorney for Debtor(s)     ☒ Present     ☐ Not Present
☐ Substitute attorney: M. Vega     ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**     Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $1,259.00     Paid Pre-Petition: $71.00     Outstanding: $1,188.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:**     ☐ For Failure to appear;     ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☒ Under  ☐ Above Median Income.     Liquidation Value: TBD
Commitment Period is ☒ 36  ☐ 60 months.     [§1325(b)(1)(B)] Gen. Unsecured Pool:
10% The Trustee ☐ RECOMMENDS  ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308] ___
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

(1) Must submit current market value of property listed in $15,000.00. Description of property and photos. Debtor testified property is in very poor conditions. Also submit statement regarding property in Mexico.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1     Date: Mar 23, 2011